UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:22-cv-2645

SPENCER MUMME, on behalf of
himself and on behalf of all others
similarly situated,

        Plaintiff,

v.

BEST HOME SERVICES, LLC,
d/b/a BEST HOME SERVICES,

        Defendant.
_____/

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, Best Home Services, LLC d/b/a Best Home Services ("Defendant"), by and through undersigned counsel, hereby gives notice of removal of the case styled *Spencer Mumme v. Best Home Services, LLC.,* Case No. 2022-CA-004723NC, currently pending in the Circuit Court of the Twelfth Judicial Circuit, in and for Sarasota County, Florida (the "State Court Action"), to the United States District Court for the Middle District of Florida, Tampa Division. As grounds, Defendant states as follows:

1. On or about October 13, 2022, Plaintiff, Spencer Mumme ("Plaintiff") initiated the State Court Action. Defendant waived service of process on or about October 18, 2022. Pursuant to 28 U.S.C. § 1446(b), Defendant has timely filed this Notice of Removal within 30 days after receipt of a copy of Plaintiff's initial pleading. Pursuant to 28 U.S.C. § 1446(a), a true and legible copy of all process, pleadings, motions, and orders then on file in the State Court Action are attached.

2. Removal to this Court is proper under 28 U.S.C. § 1446(a) because the United States District Court for the Middle District of Florida, Tampa Division is the district and division within which the Circuit Court for the Twelfth Judicial Circuit in and for Sarasota County, Florida, is located.

3. Plaintiff's Complaint asserts a single cause of action against Defendant under the Fair Credit Reporting Act of 1970, as amended, 15 U.S.C. § 1681 *et. seq*. ("FCRA"). Thus, this Court has original jurisdiction over this action based on a federal question pursuant to 28 U.S.C. § 1331 and this case is properly removable under 28 U.S.C. § 1441(a).

4. Written notice of the filing of this Notice of Removal will be given to the adverse party as required by law.

5. A true and correct copy of this Notice of Removal will be promptly filed with the Clerk of the Circuit Court of the Twelfth Judicial Circuit, in and for Sarasota County, Florida, as provided by law.

WHEREFORE, Defendant, Best Home Services, LLC, d/b/a Best Home Services, respectfully requests that this Court take jurisdiction of this action and issue all necessary orders and process to remove the State Court Action to the United States District Court for the Middle District of Florida.

Dated: November 17, 2022                    Respectfully submitted,

*/s/ Christopher M. Cascino*
Ignacio Garcia
Florida Bar No. 423440
iggy.garcia@ogletreedeakins.com
Christopher Cascino
Florida Bar No. 1022861
chris.cascino@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
100 North Tampa Street, Suite 3600
Tampa, Florida 33602
Telephone: 813.289.1247
Facsimile:  813.289.6530

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 17, 2022, I filed the foregoing with the Court using the CM/ECF system.

I FURTHER CERTIFY that a true and correct copy of the foregoing document is being served this day on all counsel or parties of record identified on the attached Service List via e-mail.

*/s/ Christopher Cascino*
Attorney

## **SERVICE LIST**

Amanda Heystek
Daniel Kalter
Wenzel Fenton Cabassa, P.A.
1110 North Florida Avenue, Suite 300
Tampa, Florida 33602
aheystek@wfclaw.com
dkalter@wfclaw.com
rcooke@wfclaw.com

*Counsel for Plaintiff*